# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GREAT LAKES PORTS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADMIRAL KARL SCHULTZ, in his official capacity as Commandant, United States Coast Guard, *et al.*, <br><br> Defendants. | Civ. A. No. 1:18-cv-2650 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 1, 2019, Plaintiffs and Defendants, by undersigned counsel, respectfully submit this joint status report and proposed schedule for further proceedings.

This action involves a challenge under the Administrative Procedure Act to a final rule promulgated by the Coast Guard. (Compl. ¶ 1).

The parties anticipate filing competing motions for summary judgment and propose the following schedule for further proceedings in this case:

| | |
|---|---|
| **Feb. 13, 2019** | Defendants file their Answer to Plaintiffs' Complaint |
| **Feb. 26, 2019** | Defendants serve the Administrative Record and file the certified index of the contents of the Administrative Record pursuant to Local Civil Rule 7(n)(1) |
| **Mar. 15, 2019** | Plaintiffs file their Motion for Summary Judgment |
| **Apr. 25, 2019** | Defendants file their Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment |

| | |
|---|---|
| **May 23, 2019** | Plaintiffs file their Combined Reply in Support of their Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment |
| **June 20, 2019** | Defendants file their Reply in support of their Cross-Motion for Summary Judgment |
| **July 3, 2019** | Plaintiffs file the Joint Appendix of Administrative Record |

The parties note that the affected Great Lakes pilotage associations may seek to intervene on behalf of Defendants in this case.

Dated:  February 8, 2019

        Respectfully submitted,

        THOMPSON COBURN LLP

        By /s/ C. Jonathan Benner
           C. Jonathan Benner (DC Bar #181610)
           Thompson Coburn LLP
           1909 K Street, N.W.
           Suite 600
           Washington, D.C. 20006-1167
           P:  202-585-6900
           F:  202-585-6969
           jbenner@thompsoncoburn.com

         *Attorney for Plaintiffs*

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        By: /s/ Marsha W. Yee
        MARSHA W. YEE
        Assistant United States Attorney
        Civil Division
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone:  (202) 252-2539
        Email:  Marsha.Yee@usdoj.gov

        *Counsel for Defendants*